FILED
August 06, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ULISES GABRIEL HERNANDEZ GONZALEZ, A# 221 376 474,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**MIGUEL VERGARA, Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operation San Antonio, ET AL.,**<br><br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO. SA-26-CV-04267-OLG** |

**ORDER**

Before the Court is a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by *pro se* Petitioner Ulises Gabriel Hernandez Gonzalez.[1] Petitioner neither paid the $5.00 filing fee nor filed an application to proceed *in forma pauperis* ("IFP"). Petitioner contends he paid the filing fee and submitted a photocopy of a $5.00 money order payable to the Clerk of Court. (Dkt. Nos. 1, 11). However, after a diligent search, the Clerk was unable to locate an actual money order. Thus, the Court finds it has not received the mandated $5.00 fee or an IFP application.

**IT IS THEREFORE ORDERED** that **on or before September 4, 2026**, Petitioner must submit to this Court either the required filing fee of $5.00 or a completed application to proceed IFP. **The Clerk of the Court is directed to forward to Petitioner this Court's standard IFP application**.

[1] This matter was first assigned to the Honorable Fred Biery. However, it was transferred to the Undersigned by Order dated July 31, 2026, pursuant to Subpart B of Section IV of the Amended Plan for Random and Direct Assignment of Cases in Multi-Judge Divisions, and this Court's first-to-file rule for civil cases. (Dkt. No. 14); *see* https://www.uxwd.uscourts.gov/judges-information/standing-orders/ (last visited Aug. 5, 2026).

**If Petitioner fails to comply with this Order, his Petition may be dismissed by this Court without further notice for want or prosecution and failure to comply with this Court's Order.** *See* FED. R. CIV. P. 41(b).

It is **SO ORDERED**.

**SIGNED** this 6th day of August, 2026.

ORLANDO L. GARCIA
United States District Judge